W. Zev Abramson, Esq. #289387
Nissim M. Levin, Esq. # 306376
Christina Begakis, Esq. #316779
Karen Hakobyan, Esq.#334282
**ABRAMSON LABOR GROUP**
11846 Ventura Blvd., Ste 100
Studio City, CA 91604
Tel:   (213) 493-6300
Fax:   (213) 382-4083

Attorneys for Plaintiff,
TANNER MAILLOUX

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Tanner Mailloux, an individual,<br><br>            Plaintiff,<br>    vs.<br><br>Pacific Gas and Electric Company., a California Corporation; and DOES 1-100, inclusive<br><br>            Defendants. | Case No.: 2:23-CV-00972-DJC-JDP<br><br>**ORDER IN SUPPORT OF FILING A FIRST AMENDED COMPLAINT AND REMANDING REMOVED ACTION TO YUBA COUNTY SUPERIOR COURT**<br><br>*[Filed concurrently with Joint Stipulation in Support of Filing A First Amended Complaint and Remanding Removed Action to Yuba County Superior Court]* |

Having reviewed the Joint Stipulation of the Parties, and good cause appearing therefor:

**IT IS HEREBY ORDERED THAT** Plaintiff may file a First Amended Complaint and Plaintiff's Eighth and Ninth causes of action be dismissed with prejudice

**IT IS FURTHER ORDERED THAT** this case is remanded to the Superior Court of the State of California, County of Yuba, following the filing of Plaintiff's First Amended Complaint.

Dated: July 17, 2023           /s/ Daniel J. Calabretta
                               THE HONORABLE DANIEL J. CALABRETTA
                               UNITED STATES DISTRICT JUDGE

ORDER
1